1  JACQUELINE A. FORSLUND
   Forslund Law, LLC
2  CSBN 154575
   P.O. Box 4476
3  Sunriver, OR  97707
4  Telephone:    541-419-0074
   Fax:          541-593-4452
5  Email:        jaf@forslundlaw.com

6  Attorney for Plaintiff

7

8                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
9

10 LORI LYNN KENDALL,            )   Case No. 1:19-CV-01485-SKO
                                 )
11     Plaintiff                 )   **STIPULATION AND**
                                 )   **ORDER FOR EXTENSION OF TIME**
12 v.                            )   **TO FILE PLAINTIFF'S OPENING**
                                 )   **BRIEF**
13                               )
   ANDREW M. SAUL,               )
14 Commissioner of Social Security, )
                                 )
15     Defendant                 )
                                 )
16 _____)

17

18     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend

19 the time 30 days to July 10, 2020, for Plaintiff to file her Opening Brief, in accordance with the

20 Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to

21 Plaintiff's counsel's heavy workload.

22

23

24

25

26

27

28

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: June 5, 2020                JACQUELINE A. FORSLUND
                                  Attorney at Law


                                  */s/Jacqueline A. Forslund*
                                  JACQUELINE A. FORSLUND

                                  Attorney for Plaintiff


Date: June 5, 2020                MCGREGOR W. SCOTT
                                  United States Attorney
                                  DEBORAH STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                                  */s/*
                                  MICHAEL MARRIOTT
                                  Special Assistant United States Attorney
                                  *By email authorization

                                  Attorney for Defendant

**ORDER**

Pursuant to the parties' above stipulation, (Doc. 13), for good cause shown, Plaintiff shall file and serve her opening brief by no later than July 10, 2020. All other deadlines in the scheduling order are modified accordingly.

IT IS SO ORDERED.

Dated: **June 8, 2020**                               /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE