JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR   97707
Telephone:   541-419-0074
Fax:         541-593-4452
Email:       jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI LYNN KENDALL, ) | Case No.   1:19-cv-01485-SKO |
| Plaintiff ) | **SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF** |
| v. ) | |
| ANDREW SAUL, ) Commissioner of Social Security, ) | (Doc. 15) |
| Defendant ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time to August 20, 2020, for Plaintiff to file her Opening Brief.   This is Plaintiff's second request for an extension.   This extension is requested to give Plaintiff's counsel an opportunity to clear a backlog caused by competing family and work interests.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: July 2, 2020                    JACQUELINE A. FORSLUND
                                      Attorney at Law


                                      */s/Jacqueline A. Forslund*
                                      JACQUELINE A. FORSLUND
                                      Attorney for Plaintiff


Date: July 2, 2020                    MCGREGOR W. SCOTT
                                      United States Attorney
                                      DEBORAH STACHEL
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                      */s/Ellinor Coder*
                                      ELLINOR CODER
                                      Special Assistant United States Attorney
                                      *By email authorization
                                      Attorney for Defendant


## ORDER

Pursuant to the parties' above stipulation, (Doc. 15), for good cause shown, Plaintiff shall file and serve her opening brief by no later than August 20, 2020.  All other deadlines in the scheduling order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:     **July 7, 2020**                                        /s/ *Sheila K. Oberto*

1
2                                              UNITED STATES MAGISTRATE JUDGE
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28