McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| LORI LYNN KENDALL,<br><br>    Plaintiff,<br><br>vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-01485-SKO<br><br>STIPULATION FOR AN EXTENSION OF TIME; ORDER<br><br>(Doc. 19) |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended thirty (30) days from September 21, 2020, up to and including October 21, 2020.  This is the parties' third stipulation for an extension, and Defendant's first request.  Defendant requests this extension in order to further consider the issues raised in Plaintiff's Opening Brief.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated:  September 21, 2020 | | /s/  *Jaqueline A. Forslund* |
| | | (*as authorized via e-mail on September 21, 2020) |
| | | JACQUELINE A. FORSLUND |
| | | Attorney for Plaintiff |
| DATED: September 21, 2020 | | McGREGOR W. SCOTT |
| | | United States Attorney |
| | | DEBORAH LEE STACHEL |
| | | Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| | By: | /s/  *Ellinor R. Coder* |
| | | ELLINOR R. CODER |
| | | Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |

### ORDER

Pursuant to the parties' above stipulation (Doc. 19), IT IS SO ORDERED that Defendant shall have an extension, up to and including October 21, 2020, to respond to Plaintiff's Opening Brief.

IT IS SO ORDERED.

Dated:   **September 22, 2020**                           /s/ *Sheila K. Oberto*
                                                                              UNITED STATES MAGISTRATE JUDGE